No. 91–1102.  CHEZ SEZ III CORP. ET AL. *v.* TOWNSHIP OF UNION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–1103.  CENTRAL GMC, INC. *v.* GENERAL MOTORS CORP.  C. A. 4th Cir.  Certiorari denied.

No. 91–1110.  HARWOOD *v.* PARTREDEREIT AF. 15.5.81.  C. A. 4th Cir.  Certiorari denied.

No. 91–1119.  MCGILL *v.* DUCKWORTH ET AL.  C. A. 7th Cir. Certiorari denied.

No. 91–1121.  WILLOUGHBY *v.* WILLOUGHBY.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 91–1126.  KUTSKO *v.* SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO (KUTSKO, REAL PARTY IN INTEREST).  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 91–1127.  ACCARDO ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 91–1129.  BECK *v.* BECK.  Sup. Ct. Tex.  Certiorari denied.

No. 91–1137.  LIN *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir.  Certiorari denied.

No. 91–1144.  STARR *v.* CITY OF ALTOONA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–1149.  NOBLE *v.* NATIONAL MINES CORP.  C. A. 6th Cir.  Certiorari denied.

No. 91–1156.  LOCRICCHIO ET AL. *v.* EVENING NEWS ASSN., INC., ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 91–1189.  EVANS, INDIVIDUALLY AND AS GUARDIAN OF EVANS, WARD AND SPOUSE *v.* NORTHWEST AIRLINES, INC., ET AL.  Ct. App. Minn.  Certiorari denied.